UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case Nos. | 2:25-cv-02258-RGK-MAA<br>2:25-cv-02259-RGK-MAA<br>2:25-cv-02260-RGK-MAA<br>2:25-cv-02261-RGK-MAA | Date | May 6, 2025 |
|---|---|---|---|
| Title | *John Attenello MD APC v. United Healthcare Insurance Company* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

Not Present  Not Present

**Proceedings:**   **(IN CHAMBERS) Order Re: Dismissal and Striking in Related Cases**

On February 10, 2025, Dr. John Attenello MD APC ("Plaintiff") filed four actions against UnitedHealthcare Insurance Company ("Defendant") in the Small Claims Court of the Superior Court of California, County of Los Angeles. On March 13, 2025, Defendant removed each of these actions to federal court based on federal question jurisdiction and federal officer removal.

Shortly after removal, in each of these actions, Defendant moved to dismiss the Complaint and Plaintiff moved to remand. Two of these actions—2:25-cv-02258-RGK-MAA and 2:25-cv-02260-RGK-MAA—were quickly assigned to this Court. Upon review of the dockets, the Court found that the Complaints in both actions failed to meet the federal pleading standards, and that Dr. John Attenello himself had been making improper *pro se* filings on behalf of Plaintiff, a corporate entity. Accordingly, on April 22, 2025, the Court issued orders in both cases dismissing the Complaints, striking the *pro se* filings, and giving Plaintiff 60 days to retain counsel, file an amended complaint, and if it so desired, refile its Motion to Remand.

Since that order was issued, the remaining two actions—2:25-cv-02259-RGK-MAA and 2:25-cv-02261-RGK-MAA—were assigned to this Court. Upon review of the dockets in these actions, it appeared that dismissal of the Complaints and striking of all *pro se* filings was similarly appropriate, as the Complaints similarly failed to meet the Rule 8 pleading standards, and Dr. John Attenello had similarly made numerous *pro se* filings on behalf of a corporate entity in violation of Local Rule 83-2.1.1.1. But before the Court could issue such rulings, Dr. John Attenello filed First Amended Complaints in each action, substituting himself for Plaintiff. But this is improper because by substituting himself for Plaintiff, Dr. John Attenello would effectively be dismissing Plaintiff's claims as a non-attorney *pro se* litigant. Accordingly, the Court **STRIKES** Dr. John Attenello's First Amended

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case Nos. | 2:25-cv-02258-RGK-MAA<br>2:25-cv-02259-RGK-MAA<br>2:25-cv-02260-RGK-MAA<br>2:25-cv-02261-RGK-MAA | Date | May 6, 2025 |
|---|---|---|---|
| Title | *John Attenello MD APC v. United Healthcare Insurance Company* | | |

Complaint in each action, **GRANTS** Defendant's Motion to Dismiss in the 02259 and 02261 actions, **DISMISSES** the Complaints in the 02259 and 02261 actions, and **STRIKES** all other filings by Dr. John Attenello in the 02259 and 02261 actions.

     This leaves the question of timing for Plaintiff to retain counsel, file amended complaints, and file motions to remand in these two actions. For consistency, the Court finds it best to give the same amount of time—60 days from the date of the Court's previous orders in the 02258 and 02260 actions—in this case. So for the sake of clarity, the Court hereby orders that Plaintiff shall have until **June 23, 2025** to retain counsel, have counsel file an amended complaint, and if Plaintiff so desires, refile its Motion to Remand in each of the 02258, 02259, 02260, and 02261 actions. Should Dr. John Attenello wish to pursue his own claims as a *pro se*, he may simply file new actions as the sole plaintiff.

     **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/sf |